IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PYLON MANUFACTURING CORP., | ) |
| | ) |
| Defendant. | ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Robert Bosch LLC hereby discloses that its parent corporations are Robert Bosch North America Corporation, Robert Bosch Industrieanlagen GmbH, and Robert Bosch GmbH; and that no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel: (212) 425-7200

Dated: August 25, 2008
879774 / 33181

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*