# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC <br><br> v. <br><br> PYLON MANUFACTURING CORPORATION | Civil Action No. 08-542-SLR |

## PYLON MANUFACTURING CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Pylon Manufacturing Corporation ("Pylon") in the above-captioned action hereby represents that Qualitor, Inc. is the parent company of Pylon. To the best of Pylon's knowledge, no publicly held corporation owns ten percent (10%) or more of Pylon's stock.

OF COUNSEL:

Gregory L. Hillyer
Javier Sobrado
FELDMAN GALE, P.A.
1420 Montgomery Lane
Suite 400
Bethesda, MD 20814
(800) 489-9814
ghillyer@feldmangale.com
jsobrado@feldmangale.com

-AND-

James A. Gale
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 S. Biscayne Blvd.
Miami, FL 33139
(305) 358-5001
jgale@feldmangale.com

BAYARD, P.A.

/s/ Stephen B. Brauerman
Ashley B. Stitzer (as3891)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
astitzer@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants,*
*Pylon Manufacturing Corporation.*

Dated: October 24, 2008

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on October 28, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801

                                          _____
                                          Stephen B. Brauerman (sb4952)