# JOINT CLAIM CHARTS

## U.S. Patent No. 6,292,974

| '974 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "component" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: a single- or multiple-part structure | a solid, legless strip of material with a triangular or wedge-shaped cross-section, having a hardness no greater than the hardness of the wiper strip |
| "mounted to said concave surface of said support element" (claim 1) | "mounted to" means secured to | immovably secured to the lower face of the support element |
| "mounted directly to the convex surface of said support element" (claim 1) | "mounted directly to" means secured directly to | immovably secured by gluing a face of the component to the upper face of the support element |
| "a leading edge face" (claims 1, 2, 8) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: the surface of the component facing into the wind | the surface of the component forming an acute angle with the surface of the window and facing into the relative wind |
| "wherein said leading edge face is disposed on a face of said support element which faces away from the window" (claim 2) | areal contact along the length of the component, which includes a leading edge face, and the face of the support element that faces away from the window | Not capable of construction because construction of this term contradicts the definition of "leading edge face" in claim 1. |

## U.S. Patent No. 6,675,434

| '434 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "base body" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>a portion of the termination part that is located on a side of the support element remote from the window | the substantially plate-like section of the termination part |
| "bracing itself on the wiper blade" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>supporting itself on the wiper blade | supporting itself simultaneously on both the support element and wiper strip |

| '434 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "detent shoulder" (claims 1, 5, 7) | the surface on the support element that releasably engages a surface on the termination part to maintain the support element and termination part in relative position to one another | "detent": a detent tooth or spring tab having structure projecting outwardly from the support element<br><br>"shoulder": a face on the detent that engages the counterpart shoulder of the termination part |
| "pointing toward the other end portion" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>facing toward the other end portion | angled toward the other end portion |
| "cavities" (claim 4) | Bosch does not believe this term requires construction. | hollows in the hook legs of the termination part |
| "protrusions protruding" (claim 4) "a protrusion protruding" (claim 8) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>structure projecting from the support element | structure projecting outwardly from the support element |

| '434 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "long sides" (claim 1) "long sides of the support element" (claims 4, 5, 7) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: the longitudinal side of the support element | the longitudinal edge of the support element |
| "hook legs" (claim 4) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: the portion of the hook-like extensions that cross the support element | the vertical portion of the hook-like extension directly opposite the longitudinal edge of the support element |
| "detent tooth that protrudes from the long side of the support element" (claim 7) | "detent tooth": a protrusion, one surface of which defines a detent shoulder | a type of detent with an angular structure projecting outwardly from the longitudinal edge of the support element |
| "recess" (claim 8) | Bosch does not believe this term requires construction. | a hollow in the inside wall of the termination part |
| "the face end of the support element" (claim 8) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: a surface located at one end of the support element facing away from the other end | the terminal edge of the support element |

-4-

| '434 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "inside wall" (claim 8) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>the wall of the termination part opposite the face end of the support element | the wall of the termination part opposite the terminal edge of the support element |

## U.S. Patent No. 6,944,905

| '905 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "a wiper blade part" (claim 13) "device piece" (claim 13) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction: the structure for connecting the wiper blade to a reciprocally driven wiper arm | a wiper blade part directly connected to the middle of the support element for connecting the wiper blade to a reciprocally driven wiper arm |
| "wind deflection strip is disposed between and in contact with each respective end cap and the device piece" (claim 13) | Bosch does not believe this term requires construction. | a constant, continuous and simultaneous touching along a surface of the wind deflection strip and the respective end caps and device piece |

## U.S. Patent No. 6,978,512

| '512 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "wherein each crosspiece disposed at the end sections of the two spring strips is provided with a covering cap" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>to the extent a crosspiece is located at the terminal portion of the support element, it is provided with a covering cap | "wherein each crosspiece disposed at the end sections of the two spring":<br><br>crosspieces are located at the terminal portions of the spring |
| "groove-like constrictions" (claims 9, 13) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>longitudinal grooves in a wiper strip, the vertical surfaces of which define a narrow intermediary strip that is connected to a covering strip | a longitudinal groove wherein the lateral defining surface opposite the lower band surface of the support element is angled or is embodied spherically |

## U.S. Patent No. 6,640,380

| '380 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "pin passage" (claims 1, 23, 24) | a passage adapted to couple the connector to a wiper arm pin without requiring the use of an adapter | a passage for coupling the connector to a pin-type arm |
| "tail space" (claims 1, 23, 24) | agreed construction: a space between the bridge and the rail | |
| "forwardmost free end" (claim 1) | the forwardmost end of the rail, which is not connected to the central bridge | the front end (of the rail), which is not connected to the central bridge |
| "rearward of said pin passage and said rivet passage" (claims 1, 23 and 24) | completely behind the pin and rivet passages | behind the center of the circular hole portions of both the pin and rivet passages |
| "rail-free hook insertion space" (claim 1) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>a space without a rail, defined as the area that is directly below the bridge, and forward of the pin passage, and directly between the side walls | an empty space below the bridge, between the side walls, extending from the front of the rail to the front end of the side walls |
| "cavity" (claims 9 and 23) | a void in a wing formed by a cutout in the wing and a locking tab, which accommodates outward displacement and deflection of the locking tab | an indentation in the outer surface of the side wall created by the tab |

| '380 Claim Term | Bosch's Proposed Construction | Pylon's Proposed Construction |
|---|---|---|
| "engagement tab" (claims 9 and 23) | a locking tab, which (1) extends inwardly from the wing, (2) is partially formed by a cut-out in the wing, and (3) whose outward displacement and deflection is accommodated by a cavity in the wing | a structure on the inside surface of the sidewalls that assists in the coupling of a hook arm to the connector |
| "outward lateral extent" (claims 9 and 23) | Bosch does not believe this term requires construction. To the extent the Court feels otherwise, Bosch proposes the following construction:<br><br>the outer wing surface | the plane following the outer surface of the sidewall |