IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 08-542-SLR |
| PYLON MANUFACTURING CORP., | ) |
| Defendant. | ) |

### AMENDED JUDGMENT IN A CIVIL CASE

For reasons stated in the jury verdict of April 23, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Robert Bosch, LLC and against defendant Pylon Manufacturing Corp. as to U.S. Patent No. 6,944,905.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff Robert Bosch, LLC and against defendant Pylon Manufacturing Corp. as to claim 13 of U.S. Patent No. 6,675,434.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendant Pylon Manufacturing Corp. and against plaintiff Robert Bosch, LLC as to U.S. Patent No. 6,292,974 and claims 1, 5, and 7 of U.S. Patent No. 6,675,434.

_____
United States District Judge

Dated: 5/3/2010

_____
(By) Deputy Clerk