# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 08-542-SLR ) ) **JURY TRIAL DEMANDED** |
| PYLON MANUFACTURING CORP., | ) ) ) |
| Defendant. | ) |

## PLAINTIFF ROBERT BOSCH LLC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL

On May 3, 2010, the Court entered judgment in this matter in favor of the plaintiff, Robert Bosch LLC with regard to U.S. Patent No. 6,944,905 and claim 13 of U.S. Patent No. 6,675,434, and in favor of the defendant Pylon Manufacturing Corp. with regard to U.S. Patent No. 6,292,974 and claims 1, 5 and 7 of U.S. Patent No. 6,675,434. Pursuant to Fed. R. Civ. P. 50 and 59, plaintiff Robert Bosch LLC ("Bosch") respectfully renews its motion for judgment as a matter of law that:

1. Claims 1 and 8 of U.S. Patent No. 6,292,974 are not invalid for derivation under 35 U.S.C. § 102(f);

2. Claims 1 and 8 of U.S. Patent No. 6,292,974 are not invalid as obvious under 35 U.S.C. § 103;

3. Claims 1 and 5 of U.S. Patent No. 6,675,434 are not invalid as obvious under 35 U.S.C. § 103; and

4. Claim 7 of U.S. Patent No. 6,675,434 is infringed by Pylon's Generation 2 and Generation 3 wiper blades.

In the alternative, pursuant to Fed. R. Civ. P. 59(a), Bosch moves for a new trial on these issues.

The grounds for this Motion are fully set forth in Bosch's OPENING BRIEF IN SUPPORT OF ROBERT BOSCH LLC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE FOR A NEW TRIAL and related papers, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
R. Scott Roe
Yekaterina T. Korostash
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON LLP
One Broadway
New York, NY  10004

Susan A. Smith
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC  20005

Dated:  May 26, 2010
968133 / 33181

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 26, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 26, 2010, the attached document was Electronically Mailed to the following person(s):

Ashley B. Stitzer
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
astitzer@bayardlaw.com
sbrauerman@bayardlaw.com

Gregory L. Hillyer
Javier Sobrado
Feldman Gale, P.A.
1420 Montgomery Lane, Suite 400
Bethesda, MD 20814
ghillyer@feldmangale.com
jsobrado@feldmangale.com

James A. Gale
Jeffrey D. Feldman
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 S. Biscayne Blvd.
Miami, FL 33139
jgale@feldmangale.com
jfeldman@feldmangale.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

890716 / 33181