IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-542-SLR |
| PYLON MANUFACTURING CORP., | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE PURSUANT TO FED. R. CIV. P. 54 (b)**

For reasons stated in the court's opinion and order of March 9, 2011;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Robert Bosch, LLC and against defendant Pylon Manufacturing Corp. as to Pylon's claim of unenforceability of U.S. Patent No. 6,292,974.

_____
United States District Judge

Dated: 3/23/11

_____
(By) Deputy Clerk