IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 08-542-SLR |
| v. | ) |
| | ) |
| PYLON MANUFACTURING CORP., | ) |
| | ) |
| Defendant. | ) |

[PROPOSED] ORDER

IT IS HEREBY ORDERED, this 4th day of January 2012, that:

Pursuant to 35 U.S.C. § 283, Pylon Manufacturing Corp. ("Pylon"), its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction, shall be and hereby are ENJOINED and RESTRAINED from infringing claim 8 of U.S. Patent 6,292,974, claim 13 of U.S. Patent 6,944,905, and claims 1, 5, and 13 of U.S. Patent 6,675,434 by making, using, selling, offering for sale, or importing into the United States, for the remaining terms of the '974, '905 and '434 patents, Pylon's Generation 1, Generation 2, and Generation 3 wiper blades, which are or have been sold at least under Michelin Symphony and Michelin Radius brand names, (the "Enjoined Products"), as well as any product that is not more than colorably different from the Enjoined Products. For avoidance of doubt, this injunction shall not enjoin or restrain making, using, selling, offering for sale, or importing into the United States at least the following Pylon wiper blades depicted below:

Michelin High Performance



Michelin HydroEdge



Michelin Rainforce



Michelin Forecast



Michelin Stealth



Toyota SightLine



4

Pylon



True Fit



Power Blade



IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE