IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | )  C.A. No. 08-542-SLR |
| | ) |
| vs. | ) |
| | ) |
| PYLON MANUFACTURING CORP., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO VACATE AND DISMISS, AND FOR AN INDICATIVE RULING

The parties have reached a confidential agreement with respect to the disposition of this action (the agreement is Ex. B to this motion, filed separately and under seal). The parties consequently jointly move the Court to:

(1) Vacate the jury verdicts and all orders and decisions adverse to Bosch, including specifically (i) the Court's rulings granting summary judgment of non-infringement of the '512 patent (D.I. 271 and 272) and construing the claims of the '512 patent (D.I. 270), (ii) the jury verdict and the Court's ruling on Bosch's motion for JMOL or for a new trial concerning non-infringement of claim 7 of the '434 patent (D.I. 299, 360, and 361) and claim construction of claim 2 of the '974 patent (D.I. 270), and (iii) the jury verdict and the Court's ruling on Bosch's motion for JMOL or for a new trial with respect to the derivation of claim 1 of the '974 patent (D.I. 299, 360, and 361);

(2) Dismiss Bosch's claims for patent infringement, and Pylon's declaratory-judgment counterclaims, without prejudice; and

2

(3) Retain jurisdiction to enforce the provisions of the confidential agreement that is Exhibit B.

The Court's judgment for Bosch and against Pylon on Pylon's counterclaim for patent infringement would be unaffected by this order and would remain final.

Because appeals to the Court of Appeals for the Federal Circuit have been docketed and remain pending, the parties further jointly request that the Court enter an indicative ruling, pursuant to Fed. R. Civ. P. 62.1(a)(3), stating that it would grant this joint motion if the Court of Appeals remands for that purpose.

A proposed order is attached as Ex. A.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel: (212) 425-7200

Susan A. Smith
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware  19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff Robert Bosch LLC*

Dated: October 4, 2013

BAYARD, P.A.

OF COUNSEL:

Garret A. Leach, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

By: /s/ Stephen B. Brauerman
    Ashley B. Stitzer (as3891)
    Stephen B. Brauerman (sb4952)
    222 Delaware Avenue, Suite 900
    P.O. Box 25130
    Wilmington, Delaware  19899
    Tel: (302) 655-5000
    astitzer@bayardlaw.com
    sbrauerman@bayardlaw.com

*Attorneys for Defendant Pylon Manufacturing Corp.*

Dated: October 4, 2013