IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 08-542-SLR |
| vs. | ) ) ) |
| PYLON MANUFACTURING CORP., | ) ) |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE

Pursuant to the mandate issued on October 28, 2013 from the Court of Appeals for the Federal Circuit, and consistent with this Court's October 15, 2013 Oral Order during the telephone conference, the parties' Joint Motion to Vacate is hereby GRANTED. All orders and decisions adverse to Bosch (including certain parts of the decisions and orders in docket entries 270, 271, 272, 299, 360, and 361, listed in section (1) of the Joint Motion) are VACATED, Bosch's claims for patent infringement and Pylon's declaratory-judgment counterclaims are DISMISSED without prejudice, and the Court retains jurisdiction to enforce the parties' confidential settlement agreement.

IT IS SO ORDERED.

DATED: 10/30/13

Sue L. Robinson, United States District Judge